UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF LOUISIANA

| | |
|---|---|
| JOHN EAST, individually and on behalf of all other persons similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>BLUE CROSS & BLUE SHIELD OF LOUISIANA, *et al.*,<br><br>Defendants. | No. 14-115<br><br>Chief Judge Jackson<br><br>Mag. Judge Bourgeois |

**MOTION OF DEFENDANT LOUISIANA HEALTH SERVICE
AND INDEMNITY COMPANY TO DISMISS THE COMPLAINT IN ITS ENTIRETY**

Defendant Louisiana Health Service and Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana ("BCBS-LA") respectfully moves to dismiss the complaint in this case in its entirety. Pursuant to Fed. R. Civ. P. 12(b)(1) and 12(b)(6), the complaint should be dismissed because the Court lacks subject matter jurisdiction, Plaintiff has failed to state claims upon which relief should be granted, and the Court should not exercise supplementary jurisdiction over any state law claims under 28 U.S.C. § 1367. The accompanying memorandum more fully explicates the bases for this motion.

Date: March 5, 2014

Respectfully submitted,

    s/ Anthony F. Shelley
Anthony F. Shelley (*pro hac vice* admission)
Adam P. Feinberg (*pro hac vice* admission)
Miller & Chevalier Chartered
655 Fifteenth Street NW, Suite 900
Washington, D.C. 20005
Emails: ashelley@milchev.com
          afeinberg@milchev.com
Telephone: 202-626-5800
Facsimile: 202-626-5801

- and -

Charles A. O'Brien (LA Bar No. 10143) T.A.
5525 Reitz Avenue
Post Office Box 98029
Baton Rouge, LA 70898-9029
Email: Andy.O'Brien@bcbsla.com
Telephone:  (225) 295-2454
Facsimile:  (225) 297-2760

*Counsel for Defendant Louisiana Health Service and Indemnity Company d/b/a Blue Cross and Blue Shield of Louisiana*

## CERTIFICATE OF SERVICE

I hereby certify that on March 5, 2014, a copy of the foregoing **MOTION OF DEFENDANT LOUISIANA HEALTH SERVICE AND INDEMNITY COMPANY TO DISMISS THE COMPLAINT IN ITS ENTIRETY** was filed electronically with the Clerk of Court using the CM/ECF system. Notice of this filing will be sent to all counsel of record by operation of the court's electronic filing system.

                                                s/ Anthony F. Shelley
                               Anthony F. Shelley (*pro hac vice* admission)
                               Miller & Chevalier Chartered
                               655 Fifteenth Street NW, Suite 900
                               Washington, D.C. 20005
                               Telephone: 202-626-5800
                               Facsimile: 202-626-5801
                               Email: ashelley@milchev.com